| AO 10<br>Rev. 1/2017 | FINANCIAL DISCLOSURE REPORT<br>FINAL FILING | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)<br><br>Williams, Ann C. | 2. Court or Organization<br><br>U.S. Court of Appeals 7th Cir. | 3. Date of Report<br><br>01/30/2018 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Circuit Judge, Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination ☐ Date<br>☐ Initial ☐ Annual ☑ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2017<br>to<br>01/17/2018 |
| 7. Chambers or Office Address<br><br>219 South Dearborn<br>Chicago, IL | | |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Board of Directors | Equal Justice Works |
| 2. | Board of Trustees | National Institute for Trial Advocacy |
| 3. | Board of Directors, Honorary | Federal Bar Association, Chicago Chapter |
| 4. | Board of Directors, Secretary | University of Notre Dame |
| 5. | Judicial Advisory Committee, Chair | Just the Beginning Foundation |
| 6. | Board of Trustees | Museum of Science & Industry |
| 7. | Board Member | Spencer Williams Foundation |
| 8. | Board of Trustees | Carnegie Corporation of New York |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Williams, Ann C. | 01/30/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2017 | National Institute for Trial Advocacy - Salary | $13,500.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2017 | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | NITA Deposition Program | Jan 20-22 | Houston, TX | Teacher - CLE | Food, Travel, Hotel |
| 2. | MLK Luncheon (ND Law School) | Jan 22-23 | Notre Dame, IN | Keynote Speaker | Food, Travel, Hotel |
| 3. | NITA Trial Program | Jan 26-29 | Washington, DC | Teacher - CLE | Food, Travel, Hotel |
| 4. | Notre Dame Law School | Jan 31 – Feb 3 | West Palm Beach, FL | Board Meeting | Food, Travel, Hotel |
| 5. | Equal Justice Works | Feb16-18 | San Francisco, CA | Board Meeting | Food, Travel, Hotel |
| 6. | NBA (National Bar Association) | Feb 23 | Atlanta, GA | Panelist | Food, Travel, Hotel |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | **Williams, Ann C.** | 01/30/2018 |

| | | | | |
|---|---|---|---|---|
| 7. | 2017 Power Summit (The Center of Women in Law) | 4/26-29 | Austin, TX | Conference | Food, Travel, Hotel |
| 8. | Carnegie Corporation of New York | May 31 – June 1 | New York, NY | Board Meeting | Food, Travel, Hotel |
| 9. | National Institute for Trial Advocacy (NITA) | June 2-8 | Mombasa, Kenya | Teacher – Training Program | Food, Travel, Hotel |
| 10. | Equal Justice Works | June16 | Washington, DC | Board Meeting | Food, Travel, Hotel |
| 11. | Just the Beginning–A Pipeline Organization (JTB-APO) | June18 | Los Angeles, CA | Speaker | Food, Travel, Hotel |
| 12. | National Institute for Trial Advocacy (NITA) | July 20 -22 | San Francisco, CA | Board Meeting | Food, Travel, Hotel |
| 13. | Lawyers without Border (LWOB) | Aug. 4-11 | Arusha, Tanzania | Team Leader - Teacher | Food, Travel, Hotel |
| 14. | Carnegie Corporation of New York | Sept. 6-7 | New York, NY | Board Meeting | Food, Travel, Hotel |
| 15. | MICT/ICTY/ICC Appeals Oral Advocacy Training | Sept.19-23 | The Hague | Teacher – Team Leader | Food, Travel, Hotel |
| 16. | Strathmore University | Sept.28 - 30 | Nairobi, Kenya | Teacher | Food, Travel, Hotel |
| 17. | Carnegie Corporation of New York | Oct. 3-4 | New York, NY | Program/Meeting | Food, Travel, Hotel |
| 18. | Equal Justice Works | Oct. 26 - 28 | New York, NY | Interviewer | Food, Travel, Hotel |
| 19. | Equal Justice Works | Nov. 1-2 | Washington, DC | Board Meeting | Food, Travel, Hotel |
| 20. | National Institute for Trial Advocacy | Nov. 3- | Lagos Nigeria | Trainer – Team Leader | Food, Travel, Hotel |
| 21. | Carnegie Corporation of New York | Dec. 6-7 | New York, NY | Board Meeting | Food, Travel, Hotel |

| Name of Person Reporting | Date of Report |
|---|---|
| Williams, Ann C. | 01/30/2018 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Citibank | Credit Card | J |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Williams, Ann C. | 01/30/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Elgin State Bank - Accounts | A | Interest | M | T | | | | | |
| 2. AT&T Common Stock | A | Dividend | J | T | | | | | |
| 3. Bank of America - Account | A | Interest | K | T | | | | | |
| 4. ▮▮▮▮▮ - Accounts | A | Interest | K | T | | | | | |
| 5. Mass Mutual Universal - Variable | A | Interest | J | T | | | | | |
| 6. | | | | | | | | | |
| 7. | | | | | | | | | |
| 8. | | | | | | | | | |
| 9. | | | | | | | | | |
| 10. | | | | | | | | | |
| 11. | | | | | | | | | |
| 12. | | | | | | | | | |
| 13. | | | | | | | | | |
| 14. | | | | | | | | | |
| 15. | | | | | | | | | |
| 16. | | | | | | | | | |
| 17. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Williams, Ann C. | 01/30/2018 |

**VIII. ADDITIONAL INFORMATION OR EXPLANATIONS.** *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Williams, Ann C. | 01/30/2018 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ Ann C. Williams**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544